IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ALDO DAVICO, JR.,

        Plaintiff,

vs.

GLAXO SMITHKLINE PHARMACEUTICALS, a foreign corporation,

        Defendant.

O R D E R
Civ. No. 05-6052-TC

AIKEN, Judge:

Magistrate Judge Coffin filed his Findings and Recommendation on August 2, 2007. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When a party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a de novo determination of that portion of the Magistrate's report. 28 U.S.C. § 636(b)(1)(B); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Plaintiff has timely filed objections. I have, therefore, given the file of this case a de novo review. I ADOPT the Magistrate's Findings and Recommendation (doc. 109) that

1 - ORDER

1  defendant's motion for summary judgment (doc. 62) is granted and
2  this case is dismissed.  Further, the court declines to consider
3  new evidence, nor allow the plaintiff to conduct additional
4  discovery.  See United States v. Howell, 231 F.3d 615, 621-22 (9th
5  Cir. 2000; and the record before this court detailing the
6  discovery process before Judge Coffin.
7  IT IS SO ORDERED.

Dated this  9   day of October 2007.


                                    /s/ Ann Aiken
                                  Ann Aiken
                         United States District Judge

2 - ORDER