FILED'08 MAR 06 11:19 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ALDO DAVICO, JR.,                             Civ. No. 05-6052-TC

    Plaintiff,                               OPINION AND ORDER

v.

GLAXOSMITHKLINE PHARMACEUTICALS,

    Defendant.

AIKEN, Judge:

    Magistrate Judge Coffin issued his Findings and Recommendation in the above-captioned action on January 23, 2008. Magistrate Judge Coffin recommends that a portion of defendants' bill of costs be disallowed and that it be awarded $6,205.15 in costs. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

    When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir.

1    - OPINION AND ORDER

1981). Plaintiff filed timely objections to the Findings and Recommendation, objecting to the amount of costs allowed for depositions. Upon review of Magistrate Coffin's findings and recommendation, I find no error.

THEREFORE, IT IS HEREBY ORDERED that Magistrate Judge Coffin's Findings and Recommendation (doc. 133) filed January 23, 2008, is ADOPTED. Defendant's Bill of Costs (doc. 123) is allowed, in part, and costs are taxed against the plaintiff in the amount of $6,205.15.

IT IS SO ORDERED.

Dated this 4 day of March, 2008.

*Ann Aiken*
Ann Aiken
United States District Judge

2    - OPINION AND ORDER